UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO CAPALBO,

            Petitioner,

  -versus-

UNITED STATES OF AMERICA,

            Respondent.



20-cv-1860
02-cr-1237

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are directed to inform the Court by letter no later than April 10, 2020 of the status of Mr. Capalbo's motion under 28 U.S.C. § 2255.

**SO ORDERED.**

Dated:   March 11, 2020
         New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior U.S. District Judge