UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELO CAPALBO,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. 20-CV-1860 (LAP)<br><br>No. 02-CR-1237 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   In light of the Court's resentencing of Mr. Capalbo pursuant to his motion arising out of United States v. Davis (dkt. no. 481 in 02-CR-1237), the Clerk of the Court shall mark this companion civil case closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    October 23, 2020
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1